**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :<br>: **CRIMINAL ACTION NO. 15-370-1**<br>: **CIVIL ACTION NO. 20-CV-3016**<br>: |
| v. | :<br>:<br>: |
| **DAVID THOMAS** | : |

## ORDER

This 24th day of November, 2020 it is hereby **ORDERED** that Defendant's motion to vacate under 28 U.S.C. § 2255 is **DENIED**. The Court declines to issue a certificate of appealability, as Defendant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.G. § 2253(c)(2).

    /s/ Gerald Austin McHugh
United States District Judge